UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| P and J Daiquiri Cafe, INC. | CIVIL ACTION |
| VERSUS | NO: 07-6617 |
| ANDREW K. KNOX & COMPANY | SECTION: "J" (1) |

**ORDER**

**Before the Court is** Plaintiff's Motion to Alter Judgment (Rec. Doc. 49).

The Federal Rules of Civil Procedure do not expressly allow motions for reconsideration of an order. <u>Bass v. U.S. Dept. of Agric.</u>, 211 F.3d 959, 962 (5th Cir. 2000). If such a motion is filed within 10 days it is considered under the standards of a Rule 59(e) Motion to Alter or Amend Judgment. <u>Tex. A&M Research Found. v. Magna Transp., Inc.</u>, 338 F.3d 394, 401 (5th Cir. 2003). A Rule 59(e) motion 'calls into question the correctness of a judgment.' The Fifth Circuit Court of Appeals has held that such a motion is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment. Rather, Rule 59(e) 'serve[s] the narrow purpose of allowing a party to correct manifest errors of

law or fact or to present newly discovered evidence.'<u>Templet v. HydroChem Inc.</u>, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations omitted) Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly. <u>Id.</u> This Court may properly decline to consider new arguments or new evidence on reconsideration where those arguments were available to the movant prior to the order. *Id.*

Plaintiff has not argued any new facts or law nor have they indicated a manifest error in law.

Accordingly,

**IT IS ORDERED that** Plaintiff's Motion to Alter Judgment (Rec. Doc. 49) is **DENIED** and that Oral Arguments are **CANCELLED**.

New Orleans, Louisiana this the 25th day of August, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE